IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
_____ DIVISION

2005 JUN 16  A 9: 00

FREDERICK JAMES BLUME )
1915 GIBSON ST )
Montgomery AL 36110 )
                Plaintiff )
                          )
            v.            )
Jackson Hospital )
1725 Pine St )
Montgomery AL 36102 )
                Defendant(s) )

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL

2:05 cv581 - F

## COMPLAINT

1.   Plaintiff resides at  1915 GIBSON ST Montgomery AL 36110

2.   Defendant(s)' name(s)  JACKSON HOSPITAL

     Location of principal office(s) of the named defendant(s)  1725 Pine St.
     Montgomery AL 36102

     Nature of defendant(s)' business  N/A

     Approximate number of individuals employed by defendant(s)  N/A

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4.   The acts complained of in this suit concern:

     1.   ____ Failure to employ me.
     2.   ✓ Termination of my employment.
     3.   ____ Failure to promote me.
     4.   ____ Other acts as specified below: _____

1

5.    Plaintiff is:
      A.    _NO_ Presently employed by the defendant.
            _✓_ Not presently employed by the defendant. The dates of employment were
            _Approx. Nov. 1, 2002 to Dec 20, 2004_. Employment was terminated because:

            (1)    _✓_ Plaintiff was discharged.
            (2)    _____ Plaintiff was laid off.
            (3)    _____ Plaintiff left job voluntarily.

6.    Defendant(s)' conduct is discriminatory with respect to the following:

      A.    _'_ My race.
      B.    _____ My religion.
      C.    _____ My sex.
      D.    _____ My national origin.
      E.    _____ Other, as specified below: _AGE    & HARASSMENT_

7.    The name(s), race, sex, and the position or title of the individual(s) who allegedly
      discriminated against me during the period of my employment with the defendant company
      is (are) _RICHARD CURTIS, BLACK, MALE, Supervisor; DAVE JONES, DIRECTOR, ACTING_
      _JAMES TAYLOR, BLACK, MALE, SECURITY OFFICER_

8.    The alleged discrimination occurred on or about _1½ yrs._

9.    The nature of my complaint, i.e., the manner in which the individual(s) named above
      discriminated against me in terms of the conditions of my employment, is as follows:
      _WHEN I TURNED 69 yrs. OLD ON Sept. 5, 2004 I had_
      _just gotten a RAISE + was praised For my work. I_
      _ARRIVED AT WORK SEVERAL Days LATER +_
      _WAS Terminated due to excuse I eyed unclothes_
      _Females in ICU. If I would NOT Fight_
      _this they would'T put it on my record so I_
      _could get other employment, plus They would give_
      _me my accumulated vacation, + sick leave of 1900 00_
      _I AGREED to do this in order to collect the 1900 00_
      _under duress_

10.   The alleged illegal activity took place at _JACKSON HOSPITAL; 5896 Winchester_  My HOME
      _Dr. Mont'g. AL 36116_

2

11.    I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____.

12.    I seek the following relief:

A.    _____ Recovery of back pay.
B.    __X__ Reinstatement to my former job,
and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

Date: _6 -16- 05_

_Fredenck Jowei Blun_
Signature of Plaintiff
_1915 GIBSON    ST_
_Montgomery  al    36110_
_334- 549-3297_
Address & Telephone Number of Plaintiff

3