IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2005 JUN 16 A 9:00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

FREDERICK JAMES BLUME )
1915 GIBBS Plaintiff(s) )
Montgomery AL 36110 )
v. )
JACKSON Hospital Clinic )
1725 Pine St )
Montgomery AL 36102 )
_____ )
Defendant(s) )

2:05cv581-F

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s) __FREDERICK JAMES BLUME__

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Fred J. Blume_
Plaintiff(s) signature