IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK JAMES BLUME, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV581-F |
| | ) | WO |
| JACKSON HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 16, 2005, plaintiff filed a motion for leave to proceed *in forma pauperis* in this action. By statute, this court is authorized to allow the commencement of this action without prepayment of fees, provided the plaintiff files an affidavit including all assets he possesses and stating that he is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1). Plaintiff's affidavit does not meet the requirements of the statute. On the form affidavit completed by plaintiff, he responded that he is presently employed and has received income from sources other than his employment, but he failed to advise the court of the amount of his income from his employment or other sources. See affidavit, ¶¶ 2, 3.

Accordingly, the motion to proceed *in forma pauperis* (Doc. # 2) is DENIED. Upon filing an affidavit in compliance with the statute, plaintiff may renew his motion. Plaintiff is advised that if he fails to either renew his motion with a proper affidavit or pay the filing

fee on or before August 2, 2005, this action may be dismissed.

    Done, this 13th day of July, 2005.

                                          /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE