IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK JAMES BLUME, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05CV581-F |
| ) | (WO) |
| JACKSON HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On June 16, 2005, plaintiff filed a motion for leave to proceed *in forma pauperis* in this action. By order entered on July 13, 2005, the Magistrate Judge denied plaintiff's motion, finding that the affidavit filed by plaintiff in support of the motion did not meet the requirements of 28 U.S.C. § 1915(a)(1) because it failed to set forth the amount of plaintiff's income from his employment and other sources. Plaintiff was advised that unless he renewed his motion with a proper affidavit or paid the filing fee by August 2, 2005, this action may be dismissed. Plaintiff has not renewed his motion or paid the filing fee by the deadline established by the court. Accordingly, it is hereby

ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

Done this the 3rd day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE